# Court of Appeals
# of the State of Georgia

ATLANTA,___March 05, 2014___

*The Court of Appeals hereby passes the following order:*

## A14E0018. GRIFFITH v. GRIFFITH.

Upon consideration of Sean Griffith's motion for an extension of time to file an application for discretionary appeal, said motion is hereby GRANTED. Sean Griffith shall have until March 17, 2014 to file his discretionary application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/05/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*